# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | |
|---|---|
| MORELLA CHARLERY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL NO. 2004-0065 |
| v. ) | |
| ) | |
| STX, INC. and P.A.M., INC., d/b/a ) | |
| GOLDEN ROCK PHARMACY, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## ORDER

FINCH, J.

    THIS MATTER comes before the Court on a Motion Dismiss filed by Defendant, P.A.M., Inc on May 6, 2005. Notice of service of Plaintiff's response to Defendant's Motion to Dismiss was filed on June 27, 2005. However, Plaintiff's response itself was never filed with the Court. It is hereby

    **ORDERED** that Plaintiff submit its response to Defendant's Motion to Dismiss within 10 days of this Order.

    **ENTERED** this 20th day of May, 2008.

                                                  _____/s/_____
                                                  **HONORABLE RAYMOND L. FINCH**
                                                  **U.S. DISTRICT JUDGE**