# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | |
|---|---|
| MORELLA CHARLERY, )<br>)<br>Plaintiff, )<br>) CIVIL NO. 2004-0065<br>v. )<br>)<br>STX, INC. and P.A.M., INC., d/b/a )<br>GOLDEN ROCK PHARMACY, )<br>)<br>Defendants. )<br>_____ ) | |

## ORDER

FINCH, J.

THIS MATTER comes before the Court on a Motion Dismiss filed by Defendant, P.A.M., Inc on May 6, 2005. Plaintiff Morella Charlery opposes such Motion. For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Defendant P.A.M., Inc.'s Motion to Dismiss is **DENIED.**

**ENTERED this 30th day of June, 2008.**

_____/s/_____
**HONORABLE RAYMOND L. FINCH**
**U.S. DISTRICT JUDGE**

1