IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | | |
|---|---|---|
| **MORELLA CHARLERY** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| STX Rx, INC. and P.A.M. | : | |
| d/b/a GOLDEN ROCK PHARMACY | : | NO. 2004-0065 |

-------------------------------------------

| | | |
|---|---|---|
| **MORELLA CHARLERY** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| STX Rx, INC. and P.A.M., | : | |
| d/b/a GOLDEN ROCK PHARMACY | : | NO. 2005-0134 |

## ORDER

**AND NOW**, this 8th day of September, 2011, upon consideration of the Plaintiff's Application for Award of Attorney's Fees as Costs (Document No. 155) and the defendant's response, it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the plaintiff is awarded attorneys' fees in the amount of $14,625.

/s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.